```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TYREE TERRELL HUGHES            :         CIVIL ACTION

    vs.                         :

J. BARRY JOHNSON, et al.        :         NO. 11-CV-4907


## ORDER

AND NOW, this 8th day of October, 2014, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Document 1); Respondent District Attorney of Lancaster County's Answer to Petition for Writ of Habeas Corpus (Document 10); Petitioner's Reply thereto (Document 12); Petitioner's Memorandum of Law in Support of Petition for Writ of Habeas Corpus (Document 13); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 17, 2014 and the Petitioner's Objections thereto, (Document 22), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3.  There is no probable cause to issue a certificate of appealability.

                                          BY THE COURT:


                                          s/J. Curtis Joyner
                                          J. CURTIS JOYNER, J.